UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STARBUCKS CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>Respondent. | No. 24-60516 |

**WORKERS UNITED'S MOTION FOR LEAVE TO INTERVENE IN SUPPORT OF RESPONDENT NATIONAL LABOR RELATIONS BOARD**

Pursuant to Federal Rule of Appellate Procedure 15(d), Workers United, affiliated with Service Employees International Union (Workers United), moves for leave to intervene in support of Respondent National Labor Relations Board (NLRB)'s anticipated opposition to Starbucks Corporation (Starbucks)'s Petition to Review. Counsel for Workers United has contacted counsel for Petitioner Starbucks and Respondent NLRB. Counsel for the NLRB have stated they do not oppose this motion. Counsel for Starbucks have stated they take no position on the motion.

Workers United's interest in this case is that it was the successful charging party in the NLRB proceedings under review and is the certified bargaining representative of a unit of employees employed by Petitioner Starbucks. Workers United's grounds for intervention are that, as a successful charging party before the NLRB, Workers United is entitled under *International Union, United Automobile,*

1

*Aerospace and Agricultural Implement Workers of America, AFL-CIO v. Scofield*, 382 U.S. 205, 86 S.Ct. 373 (1965), to intervene in this proceeding. Workers United therefore requests that this Court grant its motion for leave to intervene in support of Respondent NLRB.

Respectfully submitted this 24th day of October, 2024.

<div style="margin-left: 2em;">

/s/Dmitri Iglitzin
Dmitri Iglitzin, WSBA No. 17673
/s/Gabe Frumkin
Gabe Frumkin, WSBA No. 56984
Barnard Iglitzin & Lavitt, LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
Ph. (206) 257-6003
Ph. (206) 257-6012
*Iglitzin@workerlaw.com*
*Frumkin@workerlaw.com*

*Attorney for Workers United, affiliated with Service Employees International Union*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing WORKERS UNITED'S MOTION FOR LEAVE TO INTERVENE IN SUPPORT OF RESPONDENT NATIONAL LABOR RELATIONS BOARD was served on the date noted below through the Court's CM/ECF system on all registered counsel.

Dated this 24th day of October, 2024.

> */s/Dmitri Iglitzin*
> Dmitri Iglitzin, WSBA No. 17673
> */s/Gabe Frumkin*
> Gabe Frumkin, WSBA No. 56984
> Barnard Iglitzin & Lavitt, LLP
> 18 W Mercer St, Suite 400
> Seattle, WA 98119
> Ph. (206) 257-6003
> *Iglitzin@workerlaw.com*